No. 94–316.   BUENO *v.* CITY OF HUNTINGTON PARK.   Certiorari denied.

No. 94–319.   LONG DISTANCE SERVICES, INC., AKA LONG DISTANCE SERVICE OF WASHINGTON, INC., ET AL. *v.* MID ATLANTIC TELECOM, INC.   C. A. 4th Cir.   Certiorari denied.

No. 94–321.   KOZELKA *v.* WEIDER ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 94–323.   LEPARDO, DBA AFL DISPOSAL CO., INC. *v.* BOARD OF HEALTH AND HOSPITALS OF BOSTON ET AL.   App. Ct. Mass. Certiorari denied.

No. 94–324.   MOUNT ET AL. *v.* EL DORADO COUNTY SUPERIOR COURT (STATE FARM FIRE & CASUALTY CO., REAL PARTY IN INTEREST).   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 94–338.   EMERSON *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 94–340.   HURLEY *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 94–344.   COPE ET AL. *v.* KENTUCKY REVENUE CABINET. Sup. Ct. Ky.   Certiorari denied.

No. 94–349.   BURDICK *v.* NEW HAMPSHIRE SUPREME COURT, COMMITTEE ON CHARACTER AND FITNESS.   Sup. Ct. N. H.   Certiorari denied.

No. 94–350.   LOPEZ *v.* UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 94–353.   FINIZIE *v.* CITY OF BRIDGEPORT.   App. Ct. Conn. Certiorari denied.

No. 94–356.   KELLY *v.* UNITED STATES.   Ct. Mil. App.   Certiorari denied.

No. 94–363.   GRABLE *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.